JS 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

HYUN JONG YOO,                    )        CASE NO. CV 10-7693 DSF (VBKx)
      Plaintiff,                 )
      v.                         )        JUDGMENT
                                 )
NBGI, INC., et al.,              )
      Defendants.                )
                                 )
_____  )

      The Court having previously issued an Order to Show Cause re Dismissal for Failure to Prosecute, and plaintiff not having timely responded,

      IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

DATED:    April 12, 2011

_____
DALE S. FISCHER
United States District Judge